# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana L Olney, | No. CV-20-00235-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On June 2, 2020, Plaintiff Diana Olney filed a complaint appealing the decision of the administrative law judge ("ALJ") which denied her disability benefits for lack of a disability. The Court then referred this matter to Magistrate Judge D. Thomas Ferraro who issued a Report and Recommendation ("R&R") on April 29, 2021 (Doc. 19). The R&R recommended that this Court vacate the final decision of the Commissioner of the Social Security Administration (the "Commissioner") and remand this action for further proceedings. The time for filing objections to the R&R expired on May 14, 2021. (See Doc. 19 at 13-14). For the following reasons, the Court adopts the R&R in full and remands this matter to the Commissioner for further administrative proceedings.

**I.    Analysis**

When reviewing a magistrate judge's Report and Recommendation, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate

judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).  District courts are not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

Here, the deadline for filing objections was on May 14, 2021.  However, no objections have been filed and neither party has requested additional time to do so.  Consequently, the Court may adopt the R&R on that basis alone.  *See Reyna–Tapia*, 328 F.3d at 1121.  The Court has reviewed the record and concludes that Judge Ferraro's recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1).

Accordingly,

**IT IS ORDERED ACCEPTING AND ADOPTING IN FULL** Judge Ferraro's R&R (Doc. 19);

**IT IS FURTHER ORDERED VACATING** the Commissioner's decision and **REMANDING** this matter to the Commissioner for further administrative proceedings as set forth in this Order;

**IT IS FURTHER ORDERED DIRECTING** the Clerk of the Court to terminate this action and enter judgment accordingly.

Dated this 19th day of May, 2021.

Honorable John C. Hinderaker
United States District Judge